UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY ALEXANDER MADDOX,

      Petitioner,

                                      Case No. 20-cv-10347
                                      Hon. Matthew F. Leitman

v.

JEFF TANNER,

      Respondent.

_____/

## **JUDGMENT**

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the Petition for a writ of habeas corpus is **DENIED** and a Certificate of Appealability is **DENIED**.

                              KINIKIA ESSIX
                              CLERK OF COURT

                By:   s/Holly A. Ryan_____
                     Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 26, 2024
Detroit, Michigan